IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01139-BNB

TOMMIE SMITH,

Plaintiff,

v.

VIRGIL NICHOLS,

Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 8 2009

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING PLAINTIFF TO FILE
SECOND AMENDED PRISONER COMPLAINT

Plaintiff, Tommie Smith, is in the custody of the Colorado Department of Corrections and is incarcerated at the Correctional Facility in Sterling, Colorado. On June 11, 2009, the Court instructed Mr. Smith to file an Amended Prisoner Complaint and name all individuals who were responsible for violating his constitutional rights. On July 7, 2009, Mr. Smith filed an Amended Prisoner Complaint. For the reasons stated below, Mr. Smith will be ordered to file a Second Amended Prisoner Complaint.

The Court has reviewed the Amended Prisoner Complaint and finds that it is deficient. Although in the text of the Complaint Mr. Smith names the individuals who participated in violating his constitutional rights, he fails to name the individuals in the caption on Page One of the Complaint form and on Page Two under Section "A. Parties." Mr. Smith, therefore, is instructed to file a Second Amended Prisoner Complaint and list the named defendants in the caption on Page One and on Page Two. Mr. Smith is reminded he must provide the addresses for each named

defendants on Page Two of the form.

The Court also notes that Mr. Smith intends for the Court to read the allegations in the Amended Complaint as insertions or supplements to the claims he stated in the original Complaint. In the Second Amended Complaint, Mr. Smith is instructed to include all allegations from the prior complaints without noting insertions or supplements to the prior complaints. Mr. Smith also is instructed that, in keeping with Fed. R. Civ. P. 8, he is required to set forth a **short** and **plain** statement of his claims showing that he is entitled to relief. Accordingly, it is

ORDERED that Mr. Smith file **within thirty days from the date of this Order** a Second Amended Prisoner Complaint that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Smith, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the Second Amended Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Smith fails to file a Second Amended Prisoner Complaint that complies with this Order, within the time allowed, the action may be dismissed without further notice.

DATED July 8, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01139-BNB

Tommie Smith
Prisoner No. 56504
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

  I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 7/8/09.

          GREGORY C. LANGHAM, CLERK

          By: _____
             Deputy Clerk