IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01139-BNB

TOMMIE SMITH,

    Plaintiff,

v.

SERGEANT VIRGIL NICHOLS, Colorado Department of Corrections,
CORRECTIONAL OFFICER MICHAELS, Colorado Department of Corrections,
CORRECTIONAL NURSE MRS. SMITH, Colorado Department of Corrections,
CORRECTIONAL NURSE RUSSIA, Colorado Department of Corrections,
CORRECTIONAL OFFICER R. FLEHARTY, Colorado Department of Corrections,
CORRECTIONAL OFFICER, LIEUTENANT E. LAWSON, Colorado Department of
    Corrections,
CORRECTIONAL OFFICER, CAPTAIN VORWALD, Colorado Department of
    Corrections, and
CORRECTIONAL OFFICER, CAPTAIN NEGLEY, Colorado Department of Corrections,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE
REVISED PAGES OF PRISONER COMPLAINT FORM

---

Plaintiff, Tommie Smith, is in the custody of the Colorado Department of Corrections and is incarcerated at the Sterling, Colorado, Correctional Facility. On June 11, 2009, the Court instructed Mr. Smith to file an Amended Prisoner Complaint and name all individuals who were responsible for violating his constitutional rights. On July 7, 2009, Mr. Smith filed an Amended Prisoner Complaint. The Amended Prisoner Complaint was deficient, and the Court instructed Mr. Smith to file a Second Amended Complaint, which he did on August 4, 2009.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 7 2009

GREGORY C. LANGHAM
    CLERK

The Court has reviewed the Second Amended Prisoner Complaint and finds that it is deficient. The individuals listed on Page Two and attached pages under Section "A. Parties," do not match the individuals listed in the caption of the Second Amended Prisoner Complaint. Mr. Smith is instructed to file Pages One and Two of the Prisoner Complaint form and list the **same** individuals in both the caption on Page One and in Section "A. Parties" on Page Two. Mr. Smith may use supplemental pages for both the caption and Section "A. Parties" as needed. Accordingly, it is

ORDERED that Mr. Smith file **within thirty days from the date of this Order** the revised caption page and Section "A. Parties" page. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Smith, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the revised caption page and Section "A. Parties" page. It is

FURTHER ORDERED that if Mr. Smith fails to file the revised pages, the Court will proceed to address the merits of Mr. Smith's claims as they pertain to the individuals listed in the caption of the Second Amended Complaint.

DATED August 7, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01139-BNB

Tommie Smith
Prisoner No. 56504
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 8/7/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk