**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01139-BNB

TOMMIE SMITH,

    Plaintiff,

v.

SERGEANT VIRGIL NICHOLS, Colorado Department of Corrections,
CORRECTIONAL OFFICER MICHAELS, Colorado Department of Corrections,
CORRECTIONAL NURSE MRS. SMITH, Colorado Department of Corrections,
CORRECTIONAL NURSE RUSSIA, Colorado Department of Corrections,
CORRECTIONAL OFFICER R. FLEHARTY, Colorado Department of Corrections,
CORRECTIONAL OFFICER, LIEUTENANT E. LAWSON, Colorado Department of
    Corrections,
CORRECTIONAL OFFICER, CAPTAIN VORWALD, Colorado Department of
    Corrections, and
CORRECTIONAL OFFICER, CAPTAIN NEGLEY, Colorado Department of Corrections,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Four motions are pending, including Doc. Nos. 19, 20, 21, and 25.  The motions are DENIED as either premature or unnecessary.

Dated:  August 27, 2009