**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01139-BNB

TOMMIE SMITH,

    Plaintiff,

v.

SERGEANT VIRGIL NICHOLS,
CORRECTIONS OFFICER MICHAELS,
CORRECTIONS OFFICER BALKE,
CORRECTIONS OFFICER HILYER,
CORRECTIONS OFFICER OAKS,
CORRECTIONS OFFICER GALINO,
CORRECTIONS OFFICER WALRAVEN,
CORRECTIONS OFFICER CARNEY,
SERGEANT J. MOON,
CORRECTIONS OFFICER R. FLEHARTY,
CAPTAIN VORWALD,
LIEUTENANT E. LAWSON,
MRS. SMITH, Medical Department,
CAPTAIN NEGLEY,
MRS. BELCHER,
CAPTAIN T. W. SCOTT,
MRS. RUSSIA, Medical Department,
LIEUTENANT MRS. SCOTT,
CORRECTIONS OFFICER MIDDELTON,
LIEUTENANT MRS. FITZGERALD,
INSPECTOR GENERAL GRAHAM,
NICOLE WILSON, Medical Records,
BEVERLY DOWIS, Medical Administrative,
LIEUTENANT DENNY OWENS,
LIEUTENANT McHAHILL,
HEARING OFFICER ALLEN HARMS,
SERGEANT BARHILL,
STERLING CORRECTIONAL FACILITY MEDICAL DEPARTMENT,
WARDEN KEVIN MILYARD, and
ASSOCIATE WARDEN JOHN CHAPELAINE,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Pursuant to the Court's June 10, 2009, Order, Mr. Smith is required either to make monthly payments to the Court of twenty percent of the preceding month's income credited to his account or to show cause why he has not assets and no means by which to make each monthly payment.  To show cause Mr. Smith is required to submit a certified copy of his trust fund account statement.  Mr. Smith should **not** file a Prisoner's Motion and Affidavit along with the certified copy each month.

Mr. Smith also filed a request (Doc. # 30) to correct the Prisoner Complaint.  The request is DENIED as unnecessary.  Also, Mr. Smith's request to be placed on a pro bono list (Doc. # 28) and for help to file charges against Defendant Virgil Nichols (Doc. # 29) both are DENIED as improper.

Dated:  September 1, 2009