IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01139-MSK-BNB

TOMMIE SMITH,

    Plaintiff,

v.

SERGEANT VIRGIL NICHOLS,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -1 2009

GREGORY C. LANGHAM
                      CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

DATED this 30th day of September, 2009.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01139-MSK-BNB

Tommie Smith
Prisoner No. 56504
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Sergeant Virgil Nichols – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Virgil Nichols: AMENDED COMPLAINT FILED 08/31/09, ORDER FILED 9/24/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/1/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk