IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01139-MSK-BNB

TOMMIE L. SMITH,

Plaintiff,

v.

VIRGIL NICHOLS, Colorado Department of Corrections of Sterling Correctional Facility Sergeant,

Defendant.
_____

**ORDER**
_____

This matter arises on a paper filed by the plaintiff entitled **Courtesy Copie** [sic] [Doc. #86, filed 05/24/2010] (the "Paper"). The Paper is STRICKEN.

The Paper contains "courtesy copies" of Requests for Admissions, Requests for Production of Documents, and Interrogatories which the plaintiff has served on the defendant. I have previously stricken discovery and other inappropriate materials filed by the plaintiff. In doing so, I noted that pursuant to Fed. R. Civ. P. 5(d)(1), "[d]iscovery materials shall not be filed with the Court." Order [Doc. # 84, filed 4/20/2010].

IT IS ORDERED that the Paper is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing inappropriate papers with the court.

Dated May 27, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge