IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01139-MSK-BNB

TOMMIE L. SMITH,

Plaintiff,

v.

VIRGIL NICHOLS, Colorado Department of Corrections of Sterling Correctional Facility Sergeant,

Defendant.

_____

**ORDER**
_____

This matter arises on a letter [Doc. #90] (the "Letter") filed by the plaintiff on August 20, 2010, wherein the plaintiff requests a docket sheet. The Letter is STRICKEN.

On April 20, 2010, I issued an order striking numerous filings by the plaintiff [Doc. #84]. In doing so, I ordered that "all future applications to the court for relief shall be submitted in the form of a motion in compliance with Rule 7 and shall be served on counsel for the defendants in accordance with Rule 5." I further ordered that "the plaintiff shall cease filing inappropriate papers with the court."

The Letter is not submitted in the form of a motion, and the plaintiff does not certify that the Letter was served on counsel for the defendant.

IT IS ORDERED that:

(1) The Letter is STRICKEN; and

(2) The plaintiff shall cease filing inappropriate papers with the court. Failure to comply may result in sanctions, including dismissal of this case.

Dated September 1, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge