IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01139-MSK-BNB

TOMMIE L. SMITH,

Plaintiff,

v.

VIRGIL NICHOLS, Colorado Department of Corrections of Sterling Correctional Facility Sergeant,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Extension of Time to Respond to Plaintiff's Motion for Production of Documents (Doc. #96)** [docket no. 101, filed December 21, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and defendant shall have to and including **December 23, 2010** in which to respond to the Motion for Production of Documents (#96).

DATED:  December 22, 2010